UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　Debtor, | NO:  CV-13-13-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN BRISCOE,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 11-80112-PCW11<br><br>ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND RECOMMENDATION RE SUMMARY JUDGMENT |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation, re: Plaintiff's Motion for Summary Judgment, BKC ECF No. 81 and DC ECF No. 15.  Having reviewed the report and recommendation and all relevant filings, including the Memorandum Decision, DC ECF No.15 at 3, the

ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND RECOMMENDATION RE SUMMARY JUDGMENT ~ 1

1  Court finds good cause exists to **ADOPT** the **REPORT and**

2  **RECOMMENDAITON, ECF No. 15. Pursuant to the Report and**

3  **Recommendation, Plaintiff shall submit the final judgment for entry to the**

4  **District Court forthwith**.

5      The District Court Clerk is directed to enter this Order and provide copies to

6  counsel, any pro se defendants, and to Judge Frederick P. Corbit.

7      **DATED** this 13th day of December 2013.

8

9            *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
10           Chief United States District Court Judge

ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION RE SUMMARY JUDGMENT ~ 2