# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC <br> *Plaintiff* <br> v. <br> STEPHEN BRISCOE <br> *Defendant* | ) ) ) ) ) ) )  Civil Action No. CV-13-013-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff Bruce P. Kriegman is awarded judgment against Defendant Stephen Briscoe in the amount of $409,458.51 CAD, plus post-judgment interest at the rate of 0.11 percent per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: January 24, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy